IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE VLADIMIR GUSINSKY REV. TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>   v.<br><br>KLX, INC., AMIN J. KHOURY, JOHN T. COLLINS, PETER V. DEL PRESTO, RICHARD G. HAMERMESH, BENJAMIN A. HARDESTY, STEPHEN M. WARD JR., THEODORE L. WEISE, AND JOHN T. WHATES,<br><br>            Defendants. | Case No. 1:18-cv-01000-VAC-SRF |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

WHEREAS, on July 6, 2018, plaintiff The Vladimir Gusinsky Rev. Trust ("Plaintiff") filed a Complaint for Violation of the Securities Exchange Act of 1934 (the "Complaint") in the above-captioned action (the "Action") against KLX Inc. ("KLX"), Amin J. Khoury, John T. Collins, Peter V. Del Presto, Richard G. Hamermesh, Benjamin A. Hardesty, Stephen M. Ward, Jr., Theodore L. Weise, and John T. Whates (collectively, "Defendants");

WHEREAS, the Complaint alleged violations of the Securities Exchange Act of 1934 in connection with the proxy statement filed by Defendants with the United States Securities and Exchange Commission ("SEC") on June 1, 2018 (the "Proxy Statement") in connection with the proposed acquisition of KLX by The Boeing Company and Kelly Merger Sub, Inc. (the "Transaction");

WHEREAS, following discussions between the parties, on August 15, 2018, Defendants filed a Form 8-K with the SEC that included additional information relating to the Transaction that

addressed and mooted Plaintiff's claims regarding the sufficiency of the disclosures in the Proxy Statement (the "Mooted Claims");

WHEREAS, Plaintiff's counsel intend to assert a claim for mootness fees and expenses in connection with the Mooted Claims (the "Fee Application"), and seek Court intervention if the parties cannot resolve Plaintiff's Fee Application;

WHEREAS, Defendants in the Action reserve all rights, arguments, and defenses, including the right to oppose any potential Fee Application;

WHEREAS, no class has been certified in the Action;

WHEREAS, Defendants have denied and continue to deny any wrongdoing and contend that no claim asserted in the Action was ever meritorious;

NOW, THEREFORE, upon consent of the parties and subject to the approval of the Court:

IT IS HEREBY ORDERED this _____ day of _____, 2018 that:

1. All claims asserted in the Action are dismissed, with prejudice as to Plaintiff only. All claims on behalf of the putative class are dismissed without prejudice.

2. Because the dismissal is with prejudice as to Plaintiff only, and not on behalf of a putative class, notice of this dismissal is not required.

3. The Court retains jurisdiction of the Action solely for the purpose of determining Plaintiff's anticipated Fee Application, if filed.

4. This Order is entered without prejudice to any right, position, claim, or defense any party may assert with respect to the Fee Application, which includes Defendants' right to oppose the Fee Application.

5. To the extent that the parties are unable to reach an agreement concerning the Fee Application, they may contact the Court regarding a schedule and hearing to present such application to the Court.

6. Upon completion of briefing, the parties shall promptly contact the Court to schedule argument regarding Plaintiff's Fee Application at a time convenient to the Court.

7. If the parties reach an agreement concerning the Fee Application, they shall notify the Court. Upon such notification, the Court will close the Action.

| | |
|---|---|
| Dated: August 22, 2018 | **RIGRODSKY & LONG, P.A.** |
| | By: */s/ Gina M. Serra* |
| **OF COUNSEL:** | Brian D. Long (#4347)<br>Gina M. Serra (#5387) |
| **RM LAW, P.C.**<br>Richard A. Maniskas<br>1055 Westlakes Drive, Suite 300<br>Berwyn, PA 19312<br>Telephone: (484) 324-6800<br>Facsimile: (484) 631-1305<br>Email: rm@maniskas.com | 300 Delaware Avenue, Suite 1220<br>Wilmington, DE 19801<br>Telephone: (302) 295-5310<br>Facsimile: (302) 654-7530<br>Email: bdl@rl-legal.com<br>Email: gms@rl-legal.com<br><br>*Attorneys for Plaintiff* |
| Dated: August 22, 2018 | **RICHARDS LAYTON & FINGER** |
| | By: */s/ Gregory V. Varallo* |
| **OF COUNSEL:**<br><br>**FRESHFIELDS BRUCKHAUS DERINGER US LLP**<br>Linda H. Martin<br>601 Lexington Avenue, 31st Floor<br>New York, NY<br>Telephone: (212) 277-4017<br>Facsimile: (212) 277-4001<br>Email: linda.martin@freshfields.com | Gregory V. Varallo (#2242)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7702<br>Email: varallo@rlf.com<br><br>*Attorneys for KLX Inc., Amin J. Khoury, John T. Collins, Peter V. Del Presto, Richard G. Hamermesh, Benjamin A. Hardesty, Stephen M. Ward, Jr., Theodore L. Weise, and John T. Whates* |

IT IS SO ORDERED this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE