**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE VLADIMIR GUSINSKY REV. TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KLX, INC., AMIN J. KHOURY, JOHN T. COLLINS, PETER V. DEL PRESTO, RICHARD G. HAMERMESH, BENJAMIN A. HARDESTY, STEPHEN M. WARD JR., THEODORE L. WEISE, AND JOHN T. WHATES,<br><br>　　　　　Defendants. | Case No. 1:18-cv-01000-MN-SRF |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

WHEREAS, on July 6, 2018, plaintiff The Vladimir Gusinsky Rev. Trust ("Plaintiff") filed a Complaint for Violation of the Securities Exchange Act of 1934 (the "Complaint") in the above-captioned action (the "Action") against KLX Inc. ("KLX"), Amin J. Khoury, John T. Collins, Peter V. Del Presto, Richard G. Hamermesh, Benjamin A. Hardesty, Stephen M. Ward, Jr., Theodore L. Weise, and John T. Whates (collectively, "Defendants");

WHEREAS, the Complaint alleged violations of the Securities Exchange Act of 1934 in connection with the proxy statement filed by Defendants with the United States Securities and Exchange Commission ("SEC") on June 1, 2018 (the "Proxy Statement") in connection with the proposed acquisition of KLX by The Boeing Company and Kelly Merger Sub, Inc. (the "Transaction");

WHEREAS, following discussions between the parties, on August 15, 2018, Defendants filed a Form 8-K with the SEC that included additional information relating to the Transaction that

addressed and mooted Plaintiff's claims regarding the sufficiency of the disclosures in the Proxy Statement (the "Mooted Claims");

WHEREAS, Plaintiff's counsel intend to assert a claim for mootness fees and expenses in connection with the Mooted Claims (the "Fee Application"), and seek Court intervention if the parties cannot resolve Plaintiff's Fee Application;

WHEREAS, Defendants in the Action reserve all rights, arguments, and defenses, including the right to oppose any potential Fee Application;

WHEREAS, no class has been certified in the Action;

WHEREAS, Defendants have denied and continue to deny any wrongdoing and contend that no claim asserted in the Action was ever meritorious;

NOW, THEREFORE, upon consent of the parties and subject to the approval of the Court:

IT IS HEREBY ORDERED this 29th day of August, 2018 that:

1. All claims asserted in the Action are dismissed, with prejudice as to Plaintiff only. All claims on behalf of the putative class are dismissed without prejudice.

2. Because the dismissal is with prejudice as to Plaintiff only, and not on behalf of a putative class, notice of this dismissal is not required.

3. The Court retains jurisdiction of the Action solely for the purpose of determining Plaintiff's anticipated Fee Application, if filed.

4. This Order is entered without prejudice to any right, position, claim, or defense any party may assert with respect to the Fee Application, which includes Defendants' right to oppose the Fee Application.

5. To the extent that the parties are unable to reach an agreement concerning the Fee Application, they may contact the Court regarding a schedule and hearing to present such application to the Court.

6. Upon completion of briefing, the parties shall promptly contact the Court to schedule argument regarding Plaintiff's Fee Application at a time convenient to the Court.

7. If the parties reach an agreement concerning the Fee Application, they shall notify the Court. ~~Upon such notification, the Court will close the Action.~~ /MN/

Dated: August 22, 2018

**OF COUNSEL:**

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305
Email: rm@maniskas.com

**RIGRODSKY & LONG, P.A.**

By: /s/ Gina M. Serra
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*

Dated: August 22, 2018

**OF COUNSEL:**

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Linda H. Martin
601 Lexington Avenue, 31st Floor
New York, NY
Telephone: (212) 277-4017
Facsimile: (212) 277-4001
Email: linda.martin@freshfields.com

**RICHARDS LAYTON & FINGER**

By: /s/ Gregory V. Varallo
Gregory V. Varallo (#2242)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7702
Email: varallo@rlf.com

*Attorneys for KLX Inc., Amin J. Khoury, John T. Collins, Peter V. Del Presto, Richard G. Hamermesh, Benjamin A. Hardesty, Stephen M. Ward, Jr., Theodore L. Weise, and John T. Whates*

IT IS SO ORDERED this 29th day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE